# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00032-KDB-DSC

| | |
|---|---|
| SUPREME CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WORLDWIDE PROTECTIVE )<br>PRODUCTS, LLC, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Ryan Andrew McGonigle and Charles Stewart Rauch]" (documents ## 11-12) filed June 17, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: June 17, 2019

_____
David S. Cayer
United States Magistrate Judge